THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEMAYEHU JIMMA, | CASE NO. C19-1840-JCC |
| Plaintiff, | ORDER |
| v. | |
| WASHINGTON STATE DEPARTMENT OF HUMAN AND SOCIAL SERVICES, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. The Court previously reviewed Plaintiff's *in forma pauperis* complaint pursuant to 28 U.S.C. § 1915 and concluded that Plaintiff's complaint failed to state a claim. (*See* Dkt. No. 7 at 2–4.) Accordingly, the Court ordered Plaintiff to file an amended complaint within 21 days from the date of its order, which was issued on February 20, 2020. (*See id.* at 4.) Those 21 days have come and gone. The Court therefore DISMISSES this action without prejudice.

DATED this 31st day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1840-JCC
PAGE - 1